UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GEORGE MICHAEL DOUMIT,

Plaintiff,

v. Case No: 8:16-cv-2656-T-33AAS

STATE OF FLORIDA, et al.,

Defendants.

_______________________________/

**ORDER**

This matter comes before the Court upon consideration of United States Magistrate Judge Amanda Arnold Sansone's Report and Recommendation (Doc. # 6), entered on November 1, 2016, recommending that Plaintiff George Michael Doumit's construed Motion for Leave to Proceed *in forma pauperis* be denied and Doumit's Complaint be dismissed. As of the date of this Order, no objections have been filed and the time for filing objections has lapsed. The Court accepts and adopts the Report and Recommendation, denies the Motion for Leave to Proceed *in forma pauperis*, and dismisses the Complaint for lack of jurisdiction.

**I. <u>Background</u>**

Doumit, proceeding *pro se*, filed his Complaint on September 15, 2016. In the Complaint, Doumit requests that the Court dismiss the information filed against him by the

State of Florida for five misdemeanor worthless check charges. (Doc. # 1). Doumit does not allege that he was charged with any federal offenses; rather, he argues that the statute of limitations expired before he was arrested on the state charges, warranting the charges' dismissal. (Id. at 3-4). Regarding diversity jurisdiction, the Complaint does not allege an amount of damages or the citizenship of any defendant, and merely states that Doumit is a permanent resident of Florida and part-time resident of Hawaii. (Id. at 1-2).

Thereafter, Doumit filed an "Application to Proceed in District Court Without Prepaying Fees or Costs," which the Court construes as a Motion for Leave to Proceed *in forma pauperis* (Doc. # 2), and which was referred to Judge Sansone. Judge Sansone subsequently entered the Report and Recommendation considered herein.

## II. Discussion

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there

is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge and the recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED**, **ADJUDGED**, and **DECREED**:

(1) The Report and Recommendation (Doc. # 6) is **ACCEPTED** and **ADOPTED.**

(2) Plaintiff George Michael Doumit's Motion for Leave to Proceed *in forma pauperis* (Doc. # 2) is **DENIED.**

(3) Plaintiff Doumit's Complaint is **DISMISSED** for lack of jurisdiction.

(4) The Clerk is directed to terminate all pending motions

and, thereafter, **CLOSE** this case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 22nd day of November, 2016.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE